No. 73–837. SHELTON v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 73–842. BAILEY v. NORTH CAROLINA. Ct. App. N. C. Certiorari denied.

No. 73–855. SANTIAGO ET AL. v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 73–869. OLYMPIA BREWING Co. v. DEPARTMENT OF REVENUE OF OREGON. Sup. Ct. Ore. Certiorari denied.

No. 73–875. FORGIONE v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 73–881. LINCOLN v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 73–885. LUNA v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 73–894. PENNSYLVANIA ET AL. v. NASH ET AL. C. A. 3d Cir. Certiorari denied.

No. 73–924. SHELTON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 73–991. SUNNYSIDE SCHOOL DISTRICT No. 12 v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 73–995. SHERMAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.